

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2021

No. 04-21-00215-CV

Johnny **VASQUEZ,**
Appellant

v.

Sonia **SOTELLO,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00358
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

After we reinstated this appeal, the clerk's record was due to be filed with this court on October 8, 2021. *See* TEX. R. APP. P. 35.1. After the due date, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution without further notice. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court